UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   Civil Action No. 17-30072-MGM |
| CARLOS COTTO, et al. | * |
| | * |
| Defendants. | * |

MEMORANDUM AND ORDER REGARDING REPORT AND
RECOMMENDATION ON PLAINTIFF'S MOTION
FOR DEFAULT JUDGMENT AND ASSESSMENT OF DAMAGES
(Dkt. No. 24)

March 27, 2018

MASTROIANNI, U.S.D.J.

Plaintiff, J&J Sports Products, Inc., as the holder of the exclusive, nationwide, commercial distribution rights to a June 7, 2014 Middleweight Championship Fight Program between Miguel Cotto and Sergio Martinez ("the Program"), filed this suit against Defendants, Carlos Cotto and Cayey Social Club, LLC, seeking damages for violation of federal broadcasting statutes in connection with Defendants' alleged unlawful interception and broadcasting of the Program at their bar, located at 273 Main Street in Holyoke, Massachusetts. Defendants failed to appear or otherwise defend. The clerk entered defaults against them on September 11, 2017 and on October 11, 2017 Plaintiff filed its Motion for Default Judgment and Assessment of Damages. The case was referred to Magistrate Judge Katherine A. Robertson and on March 12, 2018 she issued her Report and

Recommendation ("R&R"), advising that an award enter against Defendants in the amount of $6,147.46. Objections to the R&R were due on March 26, 2018. No objection was filed by any party.

The court has reviewed the R&R, as well as the Plaintiff's original motion. Noting that no objections have been filed, the court, upon *de novo* review, hereby ADOPTS Judge Robertson's R&R (Dkt. No. 24).

The court, therefore, ALLOWS Plaintiff's Motion for Entry of Default Judgement (Dkt. No. 13). The Clerk is ordered to enter a judgment for Plaintiff in the amount of $6,147.46. This case may now be closed.

It is So Ordered.

    /s/ Mark G. Mastroianni  
MARK G. MASTROIANNI  
United States District Judge